IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| *In re the Chapter 7 Bankruptcy of:* | CASE NO.: 25-52058 |
| **GABRIEL TASSONE and BRET TASSONE,** | JUDGE: ALAN M. KOSCHIK |
| Debtors. | **NOTICE OF WITHDRAWAL OF APPLICATION TO WAIVE FILING FEE** |

Debtors, through counsel, respectfully give notice of the withdrawal of their Application to Waive Filing Fee or to Pay in Installments filed herein on December 3, 2025.

    Respectfully submitted,

    /s/ Rebecca J. Sremack
    Rebecca J. Sremack #0092313
    Sremack Law Firm LLC
    2745 South Arlington Road
    Akron, Ohio 44312
    Office: 330.644.0061
    Fax: 330.644.7241
    info@sremacklaw.com
    *Attorney for Debtors*

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Withdrawal of Application to Waive Filing Fee* was served this 12th day of December, 2025, as follows:

Via the Court's ECF system upon:

 Trustee, Andrew W. Suhar
 asuhar@suharlaw.com
 oh36@ecfcbis.com
 mstewart@suharlaw.com
 AWS@trustesolutions.net
 trustee@suharlaw.com

 U.S. Trustee's Office

Via regular U.S. mail, postage prepaid, upon those creditors listed on the next page.

        /s/ Rebecca J. Sremack
        Rebecca J. Sremack #0092313
        *Attorney for Debtors*

Label Matrix for local noticing
0647-5
Case 25-52058-amk
Northern District of Ohio
Akron
Fri Dec 12 11:03:25 EST 2025

455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308-1848

ADS/Comenity/DNT First
PO Box 182120
Columbus, OH 43218-2120

ADS/Comenity/Sephora
PO Box 182120
Columbus, OH 43218-2120

ADS/Comenity/Ulta
PO Box 182120
Columbus, OH 43218-2120

Affirm Inc
650 California St Fl 12
San Francisco, CA 94108-2716

Allegro Credit
965 Keller Rd
Altamonte Springs, FL 32714-1618

American Express
PO Box 981537
El Paso, TX 79998-1537

American Honda Finance
PO Box 168128
Irving, TX 75016-8128

Apple Card/GS Bank USA
Lockbox 6112 PO Box 7247
Philadelphia, PA 19170-0001

Ashley Furniture
1670 E 8th Ave
Tampa, FL 33605-3736

Best Buy Visa
PO Box 790441
Saint Louis, MO 63179-0441

Buckeye State CU
197 E Thornton St
Akron, OH 44311-1537

CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Care Credit
170 West Election Rd
Draper, UT 84020-6400

Chase Bank
PO Box 15299
Wilmington, DE 19850-5299

Citi Cards/CitiBank
PO Box 6241
Sioux Falls, SD 57117-6241

Comenity Capital Bank
PO Box 183043
Columbus, OH 43218-3043

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-8875

Dept of Education/Nelnet
PO Box 82561
Lincoln, NE 68501-2561

Discover
PO Box 30939
Salt Lake City, UT 84130-0939

Huntington Bank
PO Box 1558
Columbus, OH 43216-1558

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

JPMCB Card
PO Box 15369
Wilmington, DE 19850-5369

Kohl's
PO Box 3043
Milwaukee, WI 53201-3043

Nelnet
PO Box 82561
Lincoln, NE 68501-2561

RITA
PO Box 470538
Broadview Heights, OH 44147-0538

Summa
141 N Forge
Akron, OH 44304-1407

SyncB/Ashley Homestores
PO Box 71757
Philadelphia, PA 19176-1757

SyncB/Care Credit
PO Box 71757
Philadelphia, PA 19176-1757

SyncB/PPMC
PO Box 71746
Philadelphia, PA 19176-1746

SyncB/Venmo
PO Box 71746
Philadelphia, PA 19176-1746

Andrew W. Suhar
Youngstown
29 East Front Street, 2nd Floor
PO Box 1497
Youngstown, OH 44501-1497

Bret O Tassone
119 Merriman Rd Apt 3
Akron, OH 44303-1961

Gabriel V Tassone
119 Merriman Rd Apt 3
Akron, OH 44303-1961

Rebecca J. Sremack
Sremack Law Firm
2745 S. Arlington Road
Akron, OH 44312-4713

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36